# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC LUXEMBOURG SA and UNILOC USA, INC., | § § § | |
| | § | CIVIL ACTION NO. 2:18-cv-00092-JRG |
| Plaintiffs, | § § | |
| v. | § § | PATENT CASE |
| | § | |
| AMAZON.COM, INC. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs in the above-captioned action give notice that Amazon.com, Inc. is voluntarily dismissed with prejudice. Amazon.com, Inc. has not filed an answer or a motion for summary judgment in this matter. This voluntary dismissal is by all Plaintiffs.

Dated: November 27, 2018							Respectfully submitted,

							/s/James L. Etheridge

							James L. Etheridge
							Texas State Bar No. 24059147
							Ryan S. Loveless
							Texas State Bar No. 24036997
							Brett A. Mangrum
							Texas State Bar No. 24065671
							Travis L. Richins
							Texas State Bar No. 24061296
							Jeff Huang
							ETHERIDGE LAW GROUP, PLLC
							2600 E. Southlake Blvd., Suite 120 / 324
							Southlake, Texas 76092
							Telephone: (817) 470-7249
							Facsimile: (817) 887-5950
							Jim@EtheridgeLaw.com
							Ryan@EtheridgeLaw.com
							Brett@EtheridgeLaw.com
							Travis@EtheridgeLaw.com
							Jeff@EtheridgeLaw.com

							**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on November 27, 2018.

							/s/ James L. Etheridge
							James L. Etheridge